## Peter L. Miles v. James Goffinet.

Error to Wayne Circuit.

This was a proceeding brought before T. K. Gillett, a Circuit Court Commissioner for Detroit, to recover possession of certain premises for the non-payment of rent. The complaint was verified by an agent "to the best of his knowledge, information and belief."

A summons was issued and duly served on defendant.

There was no appearance by defendant.

Judgment was rendered against him, and a writ of restitution was issued and executed.

The proceedings were removed from said Commissioner's court to this court by certiorari.

The Court held that the verification of the complaint was defective, and gave the Commissioner no jurisdiction. See preceding case of *Seitz v. Miles, p.* 456, where the same point was decided.